**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BODLEY AND KYLE MATSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KITCHENAID, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:17-CV-05436-LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

I, Rebecca Bell-Stanton, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs, JAMES BODLEY AND KYLE MATSON, on behalf of themselves and all others similarly situated, in the above-entitled action. My local co-counsel in this case is Mr. David Birka-White, an attorney who is a member of the bar of this Court in good standing and who maintains an office within in the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>**2701 North Dallas Parkway, Suite 570**<br>**Plano, TX 75093** | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>**65 Oak Street**<br>**Danville, CA 94526** |
| MY TELEPHONE # OF RECORD:<br>**972-403-1133** | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>**925-362-9999** |
| MY EMAIL ADDRESS OF RECORD:<br>rstanton@cstriallaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dbw@birka-white.com |

I am an active member is good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above; my bar number is: **24026795.**

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*:

Dated: October 31, 2017        /s/Rebecca Bell-Stanton
                              APPLICANT

===============================================================================

**ORDER GRANTING APPLICATION FOR**
**ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HERBY ORDERED THAT the application of Rebecca Bell-Stanton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 13, 2017

Re:  Rebecca Elizabeth Ho Bell, State Bar Number 24026795

To Whom It May Concern:

This is to certify that Ms. Rebecca Elizabeth Ho Bell was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa