# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JAMES BODLEY, et al.,

          Plaintiff(s)

v.

WHIRLPOOL CORPORATION,

          Defendant(s)

CASE No C  17-cv-05436

STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☑ **Private ADR** (*specify process and provider*)
    Mediator mutually agreeable to all parties

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.* )

☑ other requested deadline:  120 days after entry of CMO

Date: 1/23/2018        /S/ N. Scott Carpenter
                              Attorney for Plaintiff

Date: 1/23/2018        /S/ Galen D. Bellamy
                              Attorney for Defendant

☑ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: January 24, 2018

U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

Print Form