UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BODLEY, KYLE MATSON, and )
RONALD MCCALLUM, individually and on )
behalf of all others similarly situated, )
          Plaintiffs, )
) No. 1:18-cv-594
-v- )
) Honorable Paul L. Maloney
WHIRLPOOL CORP., )
          Defendant. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 117), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED.**

Date:  October 16, 2019          /s/ Paul L. Maloney
                          Paul L. Maloney
                         United States District Judge